UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

          Plaintiff,

   v.

CHRISTIAN J. HEBERT,

          Defendant.

CASE NO. 23-421

**DETENTION ORDER**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged by complaint with Assault of a Federal Office under 18 U.S.C. 111 (a) and 1114. The government alleges that while a federal officer was performing his official duties Defendant assaulted the officer by punching him and grabbing his firearm. Defendant's criminal history is lengthy. He was first convicted in 2010 as a juvenile and since that conviction has displayed a pattern of regular criminal activity, assaultive conduct, substance use, and failure to comply with Court orders, and failure to appear in Court resulting in numerous warrants for his arrest. In his first conviction, disposition was deferred. Two warrants for arrest were issued before disposition and Defendant was ultimately revoked and sentenced to jail. Over the years

DETENTION ORDER - 1

over 45 warrants for Defendants arrest have been issued. At the time of the alleged incident, Defendant was pending a review hearing in the Seatac Municipal Court for Assault in the Fourth Degree and Malicious Mischief in the third degree. He had been ordered to have no new law violations and to obtain a mental health evaluation. He failed to appear for a review hearing the Municipal Court scheduled for June 21, 2023 and a warrant for his arrest was issued. Based upon the nature of the allegations, Defendant's past criminal history, his numerous failures to appear and poor performance on supervision, his lack of stability in the community, and his substance use, Defendant is a danger to the community and poses a risk of flight.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 5th day of September, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2

DETENTION ORDER - 3