JUDGE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR23-143-JNW |
| Plaintiff, | |
| vs. | ORDER PERMITTING VIDEO TESTIMONY |
| CHRISTIAN J. HEBERT, | |
| Defendant. | |

THE COURT has considered Christian Hebert's unopposed motion to permit video testimony by Michael D. White, Ph.D., at the evidentiary hearing on the motion to suppress statements, as well as the records in this case.

IT IS ORDERED that Dr. White is permitted to appear by video for the evidentiary hearing.

DATED this 30th day of January, 2024.

Jamal N. Whitehead
United States District Judge

Presented by:

s/ *Colleen P. Fitzharris*
Assistant Federal Public Defender
Attorney for Christian Hebert

ORDER TO PERMIT VIDEO TESTIMONY - 1
(*U.S. v. Hebert,* CR23-143-JNW)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100