UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIAN J. HEBERT,<br><br>　　　　　Defendant. | CASE NO. 2:23-cr-143<br><br>MINUTE ORDER GRANTING MOTIONS TO SEAL |

　　　　The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge: The Court GRANTS Hebert's Motion to Seal Exhibit 7 (Dkt. No. 29), the United States' Motion to Seal Exhibit 1 (Dkt. No. 36), and Hebert's Motion to Seal Exhibit 11 (Dkt. No. 39).

　　　　Dated this 16th day of February 2024.

　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　*/s/Kathleen Albert*
　　　　　　　　　　　　　　　　　　　Deputy Clerk