JUDGE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR23-143-JNW |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO FILE OVERLENGTH MOTION |
| CHRISTIAN J. HEBERT, | |
| Defendant. | |

THIS COURT has considered Mr. Hebert's motion to file a motion to dismiss the indictment in excess of the 4200 word limitation imposed by Local Rule 12(b)(5) along with the records in this case.

IT IS ORDERED that Mr. Hebert may file his motion to dismiss the indictment that exceeds 4200 words.

DONE this 16th day of February 2024.

Jamal N. Whitehead
United States District Judge

Presented by:

s/ *Colleen P. Fitzharris*
Assistant Federal Public Defender
Attorney for Christian Hebert

ORDER GRANTING MOTION
TO FILE OVERLENGTH MOTION
(*U.S. v. Hebert;* CR23-143-JNW) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100